PLEASE RECEIPT AND RETURN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Eli Norman Bliss, et al ) <br> Defendant(s) ) | CRIMINAL NO. __08mj 402__ <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

Anthony J. Battaglia

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following ~~named person heretofore~~ committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Esteban Alvarez-Santos

DATED: 2/20/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
       Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082