

```
 1
 2
 3
 4
 5                    UNITED STATES DISTRICT COURT
 6                  SOUTHERN DISTRICT OF CALIFORNIA
 7                                                    08 CR  524 LAB
   UNITED STATES OF AMERICA,     )   Criminal Case No. _____
 8                               )
            Plaintiff,           )   I N F O R M A T I O N
 9                               )
       v.                        )   Title 8, U.S.C.,
10                               )   Secs. 1324(a)(1)(A)(ii) and
   ELI NORMAN BLISS (1),         )   (v)(II) - Transportation of
11 HANAA KANANI (2),             )   Illegal Aliens and Aiding and
   DAVID HAROLD DECKER (3),      )   Abetting
12                               )
            Defendants.          )
13 _____)
```

14      The United States Attorney charges:

15      On or about February 11, 2008, within the Southern District of
16 California, defendants ELI NORMAN BLISS, HANAA KANANI and DAVID HAROLD
17 DECKER, with the intent to violate the immigration laws of the United
18 States, knowing and in reckless disregard of the fact that an alien,
19 namely, Juan Jose Tenjuah-Santos, had come to, entered and remained
20 in the United States in violation of law, did transport and move, said
21 alien within the United States in furtherance of such violation of
22 law; in violation of Title 8, United States Code,
23 Sections 1324(a)(1)(A)(ii) and (v)(II).

24      DATED: 2/28/08.

25                                    KAREN P. HEWITT
                                      United States Attorney
26
27                                    /s/ DOUGLAS KEEHN
                                      DOUGLAS KEEHN
28                                    Assistant U.S. Attorney

WDK:psd:San Diego
2/14/08