# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08CR0524-LAB |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| *Hamza Kanani* (signature) | ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **3/12/08**
the Court entered the following order:

☑ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

☑ Defendant released on $ **15,000 P/S** bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
    _____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other. _____

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.     Clerk
by _____ Deputy Clerk

Received _____
    DUSM

Crim-9   (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY