AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

#1547293
07184-298
10/18/82

UNITED STATES OF AMERICA
V.

Hanaa Kanani

WARRANT FOR ARREST

CASE NUMBER:   08cr524 - 002 LAB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Hanaa Kanani___
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

FILED
AUG 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___KNH___ DEPUTY

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
                                                                                  ☐ Pretrial Violation

charging him or her with (brief description of offense)

DATE 7/30/08
ARRESTED BY Deputy Caserta
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

RECEIVED
2008 JUL 29 A 11:07
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

In violation of Title ___See Above___ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.                        Clerk of the Court
Name of Issuing Officer                       Title of Issuing Officer

P. Dela Cruz                                  7/25/2008   San Diego, CA
Signature of Deputy  P. DELA CRUZ             Date and Location

Bail fixed at $ ___No Bail___   by   The Honorable Larry A. Burns
                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I "D"    CASERTA    Due 7/30