

Antoinette Gonzales
August 28, 2008

Honorable Larry Alan Burns

Judge, U. S. District Court, Southern District of California

Dear Judge Larry Alan Burns:

I first want to apologize to you, the court, and Mrs. Kay Sunday for once again, having to send, yet another letter. I felt it was important for you to know my sister and I are still willing to except Hanna and her son.

We have no idea of the outcome concerning Hanna's actions, but our greatest concern is and has been Baby Eli.

I have kept in contact, as much as possible with Hanna's family, and it has been expressed to me the care of Baby Eli is becoming increasing difficult for Hanna's mom. Other family members of Hanna are unable, at this time, to care for him.

I truly believe Hanna's action reflect her inability to make mature, independent decisions. Hanna is influenced by the people around her and unfortunately do to her relationship with our brother she only knows drug addicts.

We ask you to please give Hanna another chance and allow her to come to Texas.

Sincerely,

*Antoinette Gonzales*

**Kay Sunday**

From: "Emma Chaput" <emmachaput@yahoo.com>
To: "Kay Sunday" <kaysunday@cox.net>
Sent: Tuesday, September 02, 2008 5:53 AM
Subject: Re: Hanaa Kanai

**Kay,**

**I have flights leaving San Diego today. I have enclosed one. There are two others, the last flight out is 7:30 PM.**

**We also have two out and in patience rehabs here in San Angelo that we can get Hanaa in but not with the baby. However, the baby will be with us.**

**Our hopes are with you today. Could you please let us know the out come of Hanaa's hearing.**

**Thank you,
Emma**

## Review the flight details

Tue 2-Sep-08

| | | | |
|---|---|---|---|
| **San Diego** (SAN) Depart 2:48 pm Terminal 2 | to **Houston** (IAH) Arrive 8:03 pm Terminal C | 1,310 mi (2,108 km) Duration: 3hr 15mn | Continental Flight: **335** |

**Economy/Coach Class**, Lunch, Boeing 737-800

| | | | |
|---|---|---|---|
| **Houston** (IAH) Depart 9:55 | to **San Angelo** (SJT) Arrive 11:29 | 328 mi (528 km) Duration: | Continental Flight: **9559** Operated |

9/2/2008

| pm Terminal A | pm | 1hr 34mn | by: /COLGAN AIR DBA CONTINENTAL CONNECTION |

**Economy/Coach Class**, Saab 340/340B

Total distance: 1,638 mi (2,636 km)    Total duration: 4hr 49mn (6hr 41mn with connections)

**Have a Great DAY!!!
EMMA CHAPUT
Realtor
Allison Lacy Real Estate
1151 Knickerbocker Rd.
San Angelo, TX 76903
325-763-HOME cell
325-944-3890 fax
emmachaput@yahoo.com**

--- On **Sat, 8/16/08, Kay Sunday <*kaysunday@cox.net*>** wrote:

> From: Kay Sunday <kaysunday@cox.net>
> Subject: Re: Hanaa Kanai
> To: emmachaput@yahoo.com
> Date: Saturday, August 16, 2008, 5:32 PM
>
> Thank you. I will make the judge aware.
>
> > ----- Original Message -----
> > **From:** Emma Chaput
> > **To:** kaysunday@cox.net
> > **Sent:** Thursday, August 14, 2008 12:09 PM
> > **Subject:** Hanaa Kanai
> >
> > Hello Kay,

I guess I should start by apologizing for being stupid and all your hard work gone to waste. I truly believed Hanaa did not have even a temptation to use drugs after everything she's been through.

Is there any hope at this point for her? My husband and I have talked and at first we said absolutely no, being that drugs were involved. I have a teenage son. But after a lot of soul searching we believe if we go into it with an open mind not a naive one. We can help her. If it is not to late. I just wanted you to know if by any miracle Texas is still an options, my husband and I are willing to do what is ever necessary. If that mean fly her here the day of court, take classes with her etc....

Once again please know we understand you put your neck out on the line and we appreciate all you have done.

Emma

**Have a Great DAY!!!
EMMA CHAPUT
Realtor
Allison Lacy Real Estate
1151 Knickerbocker Rd.
San Angelo, TX 76903
325-763-HOME cell
325-944-3890 fax
emmachaput@yahoo.com**

Dear Honorable Judge Burns:

It is with regret that I am in this court once again, which I am taking responsibility. You may not remember my particular case. My name is Hanaa Kanani, a single mother of a 14 month old baby. My husband was sentenced to 36 months back in June.

Drugs have never become a serious issue for me. It has always been around me and only been an occassional thing to use. I obviously thought I had a handle on it. Apparently it had a handle on me. I was extremly stressed out while packing for Texas, as well as being very depressed for losing my sons father. There is no excuse for my irresponsible actions.

I am humiliated and ashamed for dissapointing everyone in Texas. My in-laws there went out of there way to prepare for my baby and I to start a new life there. Not only did I dissapoint them, but I dissapointed myself as well. Most of all I failed my baby. Once again he is without his father and mother.

Please accept my apology to you and to the U.S. government. Also I want you to know the day I was told to surrender I actually had a bed at KIVA; the mother/infant drug home. My probation officer told me the U.S. Marshalls would end up picking me up from there. I wanted to

explain my inability to comply with David Dellbeck twice was due to the fact of not having a ride to Chula Vista nor did I have a babysitter. I did speak to him both times.

To this end I am requesting a second chance. My baby needs me to raise him up right. I appreciate your kind liniency in my behalf.

Very respectfully yours,

Hanaa Lela Kanani